```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8931
    Facsimile:  (415) 744-0134
    E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MOZELLA R. ARMSTRONG,<br><br>    Plaintiff,<br><br>         v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:06-CV-01673-DAD<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff's counsel be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND NINE HUNDRED and 00/100 DOLLARS ($5,900.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of FIVE THOUSAND NINE HUNDRED and 00/100 DOLLARS ($5,900.00) shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees

under the Social Security Act, 42 U.S.C. § 406(b).

                                        Respectfully submitted,

Dated: November 26, 2007        /s/ Bess M. Brewer
                                      (As authorized via facsimile)
                                      BESS M. BREWER
                                      Attorney for Plaintiff

Dated: November 26, 2007        McGREGOR W. SCOTT
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                        /s/ Leo R. Montenegro
                                      LEO R. MONTENEGRO
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: November 28, 2007.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/armstrong1673.stipord.attyfees